IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

LEANNA L. LOWE (F.K.A. LEANNA L.    )
BURTON), INDIVIDUALLY AND AS    )
MOTHER AND NEXT FRIEND OF    )
LEARA LOWE, DECEASED,    )
    )
        Plaintiff,    )
    )
    )
v.    )    No. 2:09-CV-259
    )
ASHISH MADHOK, M.D., and    )
TRI-CITY PEDIATRIC CARDIOLOGY, P.C.  )
    )
        Defendants.    )

## ORDER

       This civil action is before the court on plaintiff's "Motion to Dismiss" [doc. 16], in which plaintiff moves the court to dismiss this case with prejudice. The motion indicates that the defendants have no objection to the requested dismissal motion.

       Therefore, the motion to dismiss is **GRANTED**. This civil action is **DISMISSED WITH PREJUDICE**.


       **IT IS SO ORDERED**.


       ENTER:


          _____ s/ Leon Jordan _____
           United States District Judge